JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB ANDREW BERGERON,<br><br>Petitioner,<br><br>v.<br><br>KIRY K. GRAY, et al.,<br><br>Respondents. | Case No. CV 20-06760 VBF (RAO)<br><br>**JUDGMENT** |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED: October 26, 2020         /s/ Valerie Baker Fairbank

                                VALERIE BAKER FAIRBANK
                                UNITED STATES DISTRICT JUDGE